# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
### AT LOUISVILLE

WILLIAM H. CREASMAN, III and
SARAH C. CREASMAN,
                Plaintiffs,

          vs.

TRANS UNION, LLC;
            Defendant.

CASE NO. 3:17-cv-00280-DJH-CHL

**ELECTRONICALLY FILED**

Judge David J. Hale
Magistrate Judge Colin H. Lindsay

## STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS AND DEFENDANT TRANS UNION, LLC

Plaintiffs William H. Creasman, III and Sarah C. Creasman ("Plaintiffs"), by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiffs' cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

                          Respectfully submitted,

Date:  September 12, 2017

                          *s/ David W. Hemminger (w/ consent)*
                          David W. Hemminger, Esq.
                          Hemminger Law Office, P.S.C.
                          616 South Fifth Street
                          Louisville, KY  40202
                          Telephone:  (502) 443-1060
                          Fax:  (502) 589-3004
                          E-Mail:  hemmingerlawoffice@gmail.com

                          *Counsel for Plaintiffs William H. Creasman, III and Sarah C. Creasman*

Date:  <u>September 12, 2017</u>                              <u>*s/ Heather M. Shumaker*</u>
                                                        Sandra Davis Jansen, Esq. (KY #93088)
                                                        Heather M. Shumaker, Esq. (IN #28340-49)
                                                          (admitted *Pro Hac Vice*)
                                                        Schuckit & Associates, P.C.
                                                        4545 Northwestern Drive
                                                        Zionsville, IN  46077
                                                        Telephone:  317-363-2400
                                                        Fax:  317-363-2257
                                                        E-Mail:  sjansen@schuckitlaw.com
                                                                 hshumaker@schuckitlaw.com

                                                        *Counsel for Defendant Trans Union, LLC*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing has been filed electronically

on the **12th day of September, 2017**.  Notice of this filing will be sent to the following parties

by operation of the Court's electronic filing system.  Parties may access this

filing through the Court's electronic filing.

| David W. Hemminger, Esq. hemmingerlawoffice@gmail.com | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the

following parties via First Class, U.S. Mail, postage prepaid, on the **12th day of September,**

**2017**, properly addressed as follows:

| None. | |
|---|---|

     *s/Heather M. Shumaker*
Sandra Davis Jansen, Esq. (KY #93088)
Heather M. Shumaker, Esq. (IN #28340-49)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  sjansen@schuckitlaw.com
       hshumaker@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*